1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900
5
   Attorneys for Plaintiffs CRAIG YATES
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 CRAIG YATES, an individual; and            ) **CASE NO. C07-3889-WDB**
   DISABILITY RIGHTS, ENFORCEMENT,            )
11 EDUCATION, SERVICES:HELPING YOU)            **RETURN OF SERVICE RE DEFENDANTS**
   HELP OTHERS, a California public benefit )  SURINDER P. SROA and LINDA M. SROA;
12 corporation,                               )  NAVJOTS, a California corporation
                                              )
13         Plaintiffs,                        )
                                              )
14 v.                                         )
                                              )
15 LOTUS CUISINE OF INDIA; SURINDER )
   P. SROA and LINDA M. SROA;                 )
16 NAVJOTS, a California corporation          )
                                              )
17         Defendants.                        )
                                              )

18

---

RETURN OF SERVICE RE DEFENDANTS
SURENDER P SROA and LINDA M SROA; NAVJOTS, a California corporation

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600    FAX No: 415-674-9900 | | |
| | Ref. No. or File No. | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CRAIG YATES, et al
Defendant: LOTUS CUISINE OF INDIA, et al

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date | Time | Dept/Div | Case Number<br>C 07 3889- WDB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action

2. I served copies of the Summons In A Civil Case Civil Cover Sheet; Complaint For Injunctive Relief And Damages; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Standing Order; Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge.

3. a. Party served:  SURINDER P. SROA

4. Address where the party was served:  704 - 4TH STREET
   SAN RAFAEL, CA 94901

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Sep. 06, 2007 (2) at: 12:55PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM RUIZ
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:  186
      (iii) County:  Marin

First Legal Support Services
ATTORNEY SERVICES
1138 HOWARD STREET
San Francisco, CA 94103
(415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Sep. 10, 2007

(JIM RUIZ)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

6370931.thofr-fg.85693

| Attorney or Party without Attorney<br>THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No. 415-674-9900 | For Court Use Only |
|---|---|
| Ref No. or File No. | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff: CRAIG YATES, et al. | |
| Defendant: LOTUS CUISINE OF INDIA, et al. | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number<br>C 07 3889 –WDB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action

2. I served copies of the Summons In A Civil Case Civil Cover Sheet; Complaint For Injunctive Relief And Damages; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Standing Order; Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge.

3. a. Party served:    LINDA M. SROA

4. Address where the party was served:    704 - 4TH STREET
   SAN RAFAEL, CA 94901

5. I served the party:
   b. by substituted service. On: Thu., Sep. 06, 2007 at: 12:55PM by leaving the copies with or in the presence of:
   SURINDER SROA, CO-WORKER
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM RUIZ
   d. The Fee for Service was:
   
   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331
   
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 186
      (iii) County    Marin

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Sep. 10, 2007

Judicial Council Form POS-010    PROOF OF SERVICE    (JIM RUIZ)
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT    6370932.thoft-fg.85696

| Attorney or Party without Attorney<br>THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600    FAX No. 415-674-9900 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff: CRAIG YATES, et al. | |
| Defendant: LOTUS CUISINE OF INDIA, et al. | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 3889-WDB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Civil Cover Sheet, Complaint For Injunctive Relief And Damages, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Standing Order; Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge.

3. a. Party served:           NAVJOTS
   b. Person served:          SURINDER SROA, AUTHORIZED AGENT

4. Address where the party was served:    704 - 4TH STREET
                                          SAN RAFAEL, CA 94901

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Sep. 06, 2007 (2) at: 12.55PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: NAVJOTS
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM RUIZ                                  d. The Fee for Service was:
                                                e. I am: (3) registered California process server
      First Legal Support Services                  (i) Independent Contractor
      ATTORNEY SERVICES                             (ii) Registration No..    186
      1138 HOWARD STREET                            (iii) County:             Marin
      San Francisco, CA 94103
      (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Mon, Sep. 10, 2007

   Judicial Council Form POS-010            PROOF OF SERVICE                (JIM RUIZ)
   Rule 982.9,(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT                            6370929 thoft-fg.85691

## CERTIFICATE OR PROOF OF SERVICE BY MAIL

State of California        )
                           ) ss
County of San Francisco    )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**PROOF OF SERVICE SUMMONS AND COMPLAINT**

on the interested parties in this action, conveyed as follows:

☒    By depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
    ☒    in first class U.S. Mail
    ☐    in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service at San Francisco.

addressed to:

Surinder P. Sroa
Linda M. Sroa
Navjots, Inc.
704 4th Street
San Rafael, CA 94901


I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed September 18, 2007, at San Francisco, California.

_Armetrice Cooper_
Armetrice R. Cooper
(Original signed)