## VERIFICATION

I, Surinder P. Sroa, declare:

I am the Defendant in the above-entitled action. I have read the foregoing Answer to Complaint and Demand For Jury and know the contents thereof; that the same is true of my own knowledge except as to the matters therein stated on information and belief and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Rafael, California, on this 5th day of October, 2007.

_____SALSROA_____
Surinder P. Sroa