1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs CRAIG YATES
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 CRAIG YATES, an individual; and           )  **CASE NO. C07-3889-WDB**
   DISABILITY RIGHTS, ENFORCEMENT,           )
11 EDUCATION, SERVICES:HELPING YOU)             **NOTICE OF NEED FOR MEDIATION**
   HELP OTHERS, a California public benefit  )
12 corporation,                              )  **(ADA Access Cases)**
                                             )
13         Plaintiffs,                       )
                                             )
14 v.                                        )
                                             )
15 LOTUS CUISINE OF INDIA; SURINDER          )
   P. SROA and LINDA M. SROA;                )
16 NAVJOTS, a California corporation         )
                                             )
17         Defendants.                       )
   _____)
18

19         Plaintiffs report that the parties' informal settlement efforts have proved unsuccessful.

20 Therefore, in accordance with General Order No. 56, the matter should be set for mediation.

21 Dated: January 31, 2008                  THOMAS E. FRANKOVICH
                                            *A PROFESSIONAL LAW CORPORATION*
22

23                                          By:_____/s/_____
                                                  Thomas E. Frankovich
24                                          Attorneys for CRAIG YATES and
                                            DISABILITY RIGHTS ENFORCEMENT,
25                                          EDUCATION SERVICES

26

27

28