1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
**Northern District of California**

10  Yates,                                              07-03889 WDB MED

11              Plaintiff(s),               **Notice of Appointment of Mediator**

12       v.

13  Lotus Cuisine of India,

14              Defendant(s).

15  TO COUNSEL OF RECORD:

16       The court notifies the parties and counsel that the Mediator assigned to this case

17  is:

18                    **Howard A. Herman**
                      US District Court - ADR Program
19                    450 Golden Gate Ave., 16th Floor
                      San Francisco, CA 94102
20                    415-522-2027
                      Howard_Herman@cand.uscourts.gov
21
22       Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

governs the Mediation program.  The mediator will schedule a joint phone conference
23
with counsel under ADR L.R. 6-6 and will set the date of the mediation session within
24
the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.
25
The court permits the mediator to charge each party its pro rata share of the cost of the
26
phone conference.
27
28

**Notice of Appointment of Mediator**
07-03889 WDB MED                    - 1 -

*United States District Court*
*Northern District of California*

1        Counsel are reminded that the written mediation statements required by the ADR

2    L.R. 6-7 shall NOT be filed with the court.

3

4    Dated: February 28, 2008

5                                          RICHARD W. WIEKING
                                           Clerk
6                                          by:    Claudia M. Forehand

7

8                                          ADR Case Administrator
                                           415-522-2059
9                                          Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-03889 WDB MED                          - 2 -