THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs CRAIG YATES
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> LOTUS CUISINE OF INDIA; SURINDER P. SROA and LINDA M. SROA; NAVJOTS, a California corporation <br><br> Defendants. | **CASE NO. C07-3889-WDB** <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1    This stipulation may be executed in counterparts, all of which together shall constitute

2  one original document.

3

4  Dated: May 20, 2008                    THOMAS E. FRANKOVICH
                                          *A PROFESSIONAL LAW CORPORATION*
5

6                                         By:_____/s/_____
                                                 Thomas E. Frankovich
7                                         Attorneys for Plaintiffs CRAIG YATES and
                                          DISABILITY RIGHTS ENFORCEMENT,
8                                         EDUCATION SERVICES

9

10
   Dated: May 19, 2008                    RIFKIND CHITSAZ, LLP
11

12
                                          By:_____/s/_____
13                                               Leonard A. Rifkind
                                          Attorneys for Defendants SURINDER P. SROA
14                                        and LINDA M. SROA; NAVJOTS, a California
                                          corporation
15

16

17

18                                  **<u>ORDER</u>**

19        IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

20  Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for

21  the purpose of enforcing the parties' Settlement Agreement and General Release should such

22  enforcement be necessary.

23

24  Dated: _6-4_____ ___, 2008

25

26                                        _____
                                          Hon. Wayne D. Brazil
27                                        UNITED STATES MAGISTRATE JUDGE

28